IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANDRE BLAYLOCK | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PHILADELPHIA POLICE OFFICERS REYNOLDS, | : | |
| WALKER, CUJDIK, LICIARDELLO and MALKOWSKI | : | NO. 05-1649 |

### ORDER

AND NOW, this 4TH day of April, 2008, it having been reported to the court that the issues between plaintiff and defendants in this action have been settled, and upon Order of the court, pursuant to the provisions of 41.1(b) of the Local Rules of Civil Procedure of this court, it is **ORDERED** that:

1. This case is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs, **AS TO ALL NAMED DEFENDANTS TO THIS ACTION.**

2. The Clerk is directed to mark this case **CLOSED**.

ATTEST:                                         or              BY THE COURT:


*/s/ Madeline F. Ward*                                          */s/ Norma L. Shapiro*
Madeline F. Ward, Deputy Clerk                                                    S.J.